IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KEVIN E. DAVIS, JR.,,

    Plaintiff,

v.       CASE NO. 1:11-cv-254-MP-GRJ

US BANK NATIONAL ASSOCIATION,
EQUIFAX INFORMATION SERVICES
LLC, TRANS UNION LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,

    Defendants.

_____ /

## O R D E R

Pending before the Court is the Agreed Motion For Extension of Time to File Answer, filed by Defendant Equifax Information Services LLC. (Doc. 8.)  Defendant requests an extension of time until December 19, 2011 to respond to the complaint so that counsel may have additional time to review its records. The Plaintiff does not object to the requested extension.

Accordingly, upon due consideration, it is **ORDERED**:

1.  Defendant's Agreed Motion For Extension of Time to File Answer (Doc. 8) is **GRANTED**.

2.  Defendant, Equifax Information Services LLC shall respond to the Complaint by **December 19, 2011**.

**DONE AND ORDERED** this 30th day of November 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge