UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KEVIN E. DAVIS, SR.,

        Plaintiff,

v.                                          Case No.  1:11-cv-254-MP-GRJ

US BANK NATIONAL ASSOCIATION,
et al.,

        Defendants.

_____/

## ORDER

Pending before the Court are: (1) Agreed Motion To Withdraw Exhibit 1 of Docket 1 (Doc. 18); (2) Agreed Relief Motion To Add Exhibit 1 to Docket 1 (Doc. 19); and Defendant Trans Union's Unopposed Motion To Withdraw Its Motion For Partial Dismissal. (Doc. 21.)

The state court record filed as Exhibit 1 to Defendant Trans Union LLC's Notice of Removal (Doc. 1) contained information which should have been redacted as required by Rule 5.2 of the Federal Rules of Civil Procedure. Consequently, Trans Union requests permission to withdraw exhibit 1 and permission to file in its place a replacement exhibit. The parties have agreed to this request and, accordingly, the motion to withdraw (Doc. 18) and the motion to add (Doc. 19) are due to be granted.

On November 30, 2011 Trans Union filed a Motion For Partial Dismissal (Doc. 10) requesting the Court to dismiss Plaintiff's request for declaratory or injunctive relief under the Fair Credit Reporting Act. Defendant Tans Union has now filed an Unopposed Motion To Withdraw Its Motion For Partial Dismissal. (Doc. 21.) The request is due to be granted.

Accordingly, upon due consideration, it is **ORDERED** as follows:

1. The Agreed Motion To Withdraw Exhibit 1 of Docket 1 (Doc. 18) and the Agreed Relief Motion To Add Exhibit 1 to Docket 1 (Doc. 19) are **GRANTED**. The Clerk is directed to remove from the docket the documents filed as Exhibit 1 to doc.1, the Notice of Removal. Defendant Trans Union LLC shall file as a separate docket entry the replacement exhibit 1.

2. Defendant Trans Union's Unopposed Motion To Withdraw Its Motion For Partial Dismissal (Doc. 21) is **GRANTED**. The clerk is directed to terminate Defendant Trans Union LLC's Motion For Partial Dismissal (Doc. 10) as a pending motion and to note on the docket that the motion has been withdrawn.

**DONE AND ORDERED** this 9th day of December, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge