IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KEVIN E DAVIS, SR,

    Plaintiff,

v.                                CASE NO. 1:11-cv-00254-MP-GRJ

U.S. BANK NATIONAL ASSOCIATION, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 30, plaintiff's motion to extend the deadlines in the Initial Scheduling Order (Doc. 15) by sixty days, to allow mediation to take place. Two of the four defendants have consented, while the other two have not responded. Upon consideration, the Court finds good cause for the extension of time, and the motion will be granted.

Accordingly, it is now **ORDERED** as follows:

1. The Motion to Extend Time Limits of Initial Scheduling Order (Doc. 30) is GRANTED, and the clerk is directed to extend all the time limits in the Initial Scheduling Order by sixty days.

**DONE AND ORDERED** this 21st day of December, 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge